**No. 10-11299. Keith A. Brown, Petitioner v. United States.**

565 U.S. 877, 132 S. Ct. 240, 181 L. Ed. 2d 137, 2011 U.S. LEXIS 7118.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 11-1. Evelyne Janto, et vir, Petitioners v. Eric H. Holder, Jr., Attorney General.**

565 U.S. 878, 132 S. Ct. 241, 181 L. Ed. 2d 137, 2011 U.S. LEXIS 7047.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 419 Fed. Appx. 396.

**No. 11-4. Wojciech Czarniecki, Petitioner v. City of Chicago, Illinois.**

565 U.S. 878, 132 S. Ct. 241, 181 L. Ed. 2d 137, 2011 U.S. LEXIS 6800.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 633 F.3d 545.

**No. 11-5. Eric D. Lynn, Petitioner v. Edward Tarney, et al.**

565 U.S. 878, 132 S. Ct. 241, 181 L. Ed. 2d 137, 2011 U.S. LEXIS 5296.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 405 Fed. Appx. 753.

**No. 11-6. Allan Deon Wease, Petitioner v. Wyoming.**

565 U.S. 878, 132 S. Ct. 241, 181 L. Ed. 2d 137, 2011 U.S. LEXIS 5277.

October 3, 2011. Petition for writ of certiorari to the District Court of Wyoming, Uinta County, denied.

**No. 11-7. Mark Leyse, Petitioner v. Bank of America, National Association.**

565 U.S. 878, 132 S. Ct. 241, 181 L. Ed. 2d 137, 2011 U.S. LEXIS 5487.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

**No. 11-8. MIG, Inc., fka Metromedia International Group, Inc., Petitioner v. Paul, Weiss, Rifkind, Wharton & Garrison, L.L.P.**

565 U.S. 878, 132 S. Ct. 241, 181 L. Ed. 2d 137, 2011 U.S. LEXIS 5473.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 410 Fed. Appx. 408.